| | |
|---|---|
| DISTRICT COURT, COUNTY OF JEFFERSON, STATE OF COLORADO<br>Court Address:  100 Jefferson County Parkway<br>                           Golden, Colorado 80401 | DATE FILED: December 3, 2013 11:26 AM<br><br>▲ Court Use Only ▲ |
| **Plaintiff:** TAMARA HANNAWAY,<br><br>v.<br><br>**Defendants:** NATIONWIDE INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY, ALLIED INSURANCE COMPANY, LACY CRAIG, and THE BUCKNER COMPANY | Case No.: 13-CV-32228<br><br>Division: 14    Ctrm: 2G |
| **ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION** | |

The Court, having reviewed the JDF 601 Civil Case Cover Sheet and the Complaint filed on November 29, 2013, hereby orders:

☒ **This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02, available at *http://www.courts.state.co.us/Courts/Civil_Rules.cfm*.  Plaintiff may file an Amended Complaint within 7 days of the date of this Order (*see* Pilot Project Rule ("PPR") 2.2).  Plaintiff's initial disclosures under PPR 3.1 must be filed within 21 days of service of the Amended Complaint.  If Plaintiff does not amend the Complaint, initial disclosures must be filed within 21 days of service of the Original Complaint or within 21 days of the date of this Order, whichever occurs later.**

☐ This case does **not** meet the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court.  Plaintiff shall file an Amended Civil Case Cover Sheet, indicating whether C.R.C.P. 16.1 applies, within **7 days** of the date of this Order.

**SO ORDERED: December 3, 2013**

BY THE COURT:

_____
**JACK W. BERRYHILL**
**District Court Judge**