| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway, Golden, CO, 80401-6002 | DATE FILED: January 2, 2014 11:28 AM |
| **Plaintiff(s)** TAMARA HANNAWAY<br>v.<br>**Defendant(s)** NATIONWIDE INSURANCE COMPANY et al. | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV32228<br>Division: 14          Courtroom: |
| **Order: Administratively Closing Case** ||

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 1/2/2014

*[signature]*

JACK W BERRYHILL
District Court Judge