| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>Court Address:<br>100 Jefferson County Parkway, Golden, CO, 80401-6002 | DATE FILED: April 3, 2014 8:47 AM |
|---|---|
| **Plaintiff(s)** TAMARA HANNAWAY<br>v.<br>**Defendant(s)** NATIONWIDE INSURANCE COMPANY et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV32228<br>Division: 14          Courtroom: |
| **Order: Status Report and Order** | |

The motion/proposed order attached hereto: SO ORDERED.

Plaintiff shall file a return of service for defendant on or before May 8, 2014.

Issue Date: 4/3/2014

*[signature]*

JACK W BERRYHILL
District Court Judge