| DISTRICT COURT, JEFFERSON COUNTY, COLORADO | |
|---|---|
| Court Address: 100 Jefferson County Parkway, Golden, CO, 80401-6002 | DATE FILED: May 9, 2014 12:50 PM |
| **Plaintiff(s)** TAMARA HANNAWAY<br>v.<br>**Defendant(s)** NATIONWIDE INSURANCE COMPANY et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV32228<br>Division: 14          Courtroom: |
| **Order: Second Status Report and Order** | |

The motion/proposed order attached hereto: SEE ATTACHED ORDER.

Plaintiff's Status Report states that plaintiff "herewith files Proofs of Service on Defendants Buckner, Nationwide, Depositors and Allied Insurance Company." No proofs of service were filed with the Status Report; these proofs of service must be filed within the next seven days, or by May 16, 2014.

Plaintiff's request for an additional 30 days within which to serve Lacy Craig is granted.

Pursuant to CRCP 15(a) a party may amend his pleading once as a matter of course at any time before a responsive pleading is filed. No responsive pleadings have been filed and plaintiff is free to amend the Complaint.

Issue Date:  5/9/2014

JACK W BERRYHILL
District Court Judge