IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01353-BNB

TAMARA HANNAWAY,

    Plaintiff,

v.

NATIONWIDE INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, LACY CRAIG, AND THE BUCKNER COMPANY,

    Defendants.

___

**ORDER GRANTING STIPULATION OF DISMISSAL (ECF NO. 17)**
___

THIS MATTER comes before the Court upon a Stipulation of Dismissal. Upon consideration of the Stipulation, and being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. This case is dismissed with prejudice against Defendants Nationwide Insurance Company and Allied Property and Casualty Insurance Company;

2. This case against Defendant Depositors Insurance Company is dismissed without prejudice to Plaintiff's later assertion of a Reformation Claim as defined in and consistent with the terms of the Stipulation of Dismissal; and

3. Each party shall bear its own attorneys' fees and costs related to this matter.

DATED this 21st day of May, 2014.

BY THE COURT:

_/s/ Raymond P. Moore_____
RAYMOND P. MOORE
United States District Judge